# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case # 3:07cr96-001LAC

**CIRILO ALEJANDRO CASTRO-VILLALVA**

USM # 06780-017

Defendant's Attorney:
Randall Lockhart (AFPD)
3 West Garden Street, Suite 200
Pensacola, Florida 32502

_____

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One of the Indictment on August 29, 2007.  Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 1546(a) | Possession and Use of a Counterfeit Alien Registration Card | July 30, 2007 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
November 20, 2007


s/*L.A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

November 21, 2007

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                                              Page 2 of 3
3:07cr96-001LAC - CIRILO ALEJANDRO CASTRO-VILLALVA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **four and one-half months as to Count One**.

    The defendant is remanded to the custody of the United States Marshal.

    The defendant shall cooperate in the collection of DNA as directed.

    The defendant shall cooperate with the probation office and the Bureau of Immigration and Customs Enforcement (ICE) regarding his immigration status, and shall abide by all orders and instructions of that agency.  If deported, the defendant shall not re-enter the United States without permission of the Attorney General and/or the Secretary of the Department of Homeland Security.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                     _____
                                                           UNITED STATES MARSHAL

                                          By:_____
                                                           Deputy U.S. Marshal

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*                                                                     *Page 3 of 3*
*3:07cr96-001LAC - CIRILO ALEJANDRO CASTRO-VILLALVA*

## SUPERVISED RELEASE

Upon release from imprisonment, supervised release is **Waived**.

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of $100.00 is remitted. (At sentencing Government orally moved for Court to remit SMA)

No fine imposed.
No restitution imposed.